LOUELLA NOONAN, Appellant, v. JOHN C. DESSLOCH, Respondent.— Judgment affirmed, with costs, on the authority of *Benson* v. *Dean* (232 N. Y. 52). All concur, except Dowling, J., who dissents and votes for reversal and for granting a new trial, on the authority of *Carpenter* v. *Blake* (75 N. Y. 12); *Link* v. *Sheldon* (136 id. 1); *Messina* v. *United States Gypsum Co.* (286 id. 644); *Shaw* v. *Tague* (257 id. 193); *Bernstein* v. *Greenfield* (281 id. 77, 79); *Dietz* v. *Aronson* (244 App. Div. 746); *Zettler* v. *Reich* (256 id. 631, 633); *Stone* v. *Goodman* (241 id. 290, 295); *Wolfe* v. *Feldman* (158 Misc. 656); *Schoenbaum* v. *Alper* (250 App. Div. 772); *Wiley* v. *Wharton* (5 C. C. H. Insurance-Negligence Cases [other than automobile], 417, 420); *Jett* v. *Linville* (259 S. W. 43, 45); *Morey* v. *Thybo* (199 Fed. Rep.

760). (The judgment dismisses the complaint in an action for damages for personal injuries alleged to have been sustained by reason of defendant's malpractice.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.